# Court of Appeals of the State of Georgia

ATLANTA,  September 28, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1188. VERWIEBE v. THE STATE.

Dianne Verwiebe was tried by a jury and convicted of two counts of obstruction of an officer and one count of sexual battery. On appeal, Verwiebe contends that the trial court committed several errors and that her trial counsel was ineffective. We do not address these contentions because we conclude that Verwiebe, as a fugitive, has waived her right to appeal.

The appellate record shows that Verwiebe did not report to probation as ordered, is subject to a probation warrant that was issued on August 11, 2022, did not attend her motion for new trial hearing on October 14, 2022, and cannot presently be located. Her "flight constitutes an open defiance of the authority of the courts of this state, and operates to divest [her] of the right to appeal the judgment of the [superior] court." (Citation and punctuation omitted.) *Mohamed v. State*, 289 Ga. App. 394, 395 (657 SE2d 307) (2008). See also *Harper v. State*, 300 Ga. App. 25, 28 (684 SE2d 96) (2009) ("[S]o long as [appellant] remained a fugitive, [appellant's] attorney was not entitled to assert [appellant's] rights to post-conviction relief on [appellant's] behalf."). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/28/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
_____, Clerk.